1  Edward A. Kraus, Esq. (SBN 162043)
   CREECH, LIEBOW & KRAUS
2  333 West San Carlos Street, Suite 1600
   San Jose, CA  95110
3  (408) 993-9911
   Fax (408) 993-1335
4
   Attorneys for Defendants,
5  JASBIR MUSAFER dba TRIANGLE TRUCK STOP

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | SCOTT JOHNSON,                    ) Case No.: 2:13-CV-01520-TLN-CKD
   |                                   )
11 |            Plaintiff,              ) **STIPULATION FOR EXTENSION OF**
   |                                   ) **TIME TO FILE RESPONSIVE**
12 |      vs.                           ) **PLEADING; ORDER THEREON**
13 |                                   )
   | JASBIR MUSAFAR; BHAGAT S. TAKHAR; )
14 | and DOES 1-10,                    )
   |                                   )
15 |            Defendants.             )
16 |_____)

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

_____
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; ORDER THEREON     1

1  Defendants JASBIR MUSAFAR dba TRIANGLE TRUCK STOP (herein as
2 "Defendant") and Plaintiff SCOTT JOHNSON have herein agreed that the time for Defendant to
3 file his responsive pleading in the above-captioned matter is extended to October 11, 2013.
4  Defendant and his defense counsel have not had sufficient time to adequately review the
5 factual basis of the claims alleged herein.  An extension of time will allow Defendant to fully
6 prepare an appropriate responsive pleading.

7 DATED: September 23, 2013                    CREECH, LIEBOW & KRAUS

9                                              By:  /s/  Edward A. Kraus
10                                                  EDWARD A. KRAUS
                                                    Attorneys for Defendant,
11                                                  JASBIR MUSAFER dba TRIANGLE
                                                    TRUCK STOP and BHAGAT S. TAKHAR

13 DATED: September 23, 2013                    CENTER FOR DISABILITY ACCESS

15                                              By:  /s/  Phyl Grace
                                                    PHYL GRACE
16                                                  Attorneys for Plaintiff,
                                                    SCOTT JOHNSON

## ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that Defendant JASBIR MUSAFAR's dba TRIANGLE TRUCK STOP deadline to file a responsive pleading shall be extended to October 11, 2013.

Dated: September 23, 2013

_____
Troy L. Nunley
United States District Judge

---

2
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; ORDER THEREON