1   Edward A. Kraus, Esq. (SBN 162043)
    CREECH, LIEBOW & KRAUS
2   333 West San Carlos Street, Suite 1600
    San Jose, CA  95110
3   (408) 993-9911
    Fax (408) 993-1335
4
    Attorneys for Defendants,
5   JASBIR MUSAFER dba TRIANGLE TRUCK STOP

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  SCOTT JOHNSON,                    )   Case No.: 2:13-CV-01520-TLN-CKD
                                      )
11              Plaintiff,            )   **STIPULATION FOR EXTENSION OF**
                                      )   **TIME TO FILE RESPONSIVE**
12      vs.                           )   **PLEADING; ORDER THEREON**
                                      )
13                                    )
    JASBIR MUSAFAR; BHAGAT S. TAKHAR; )
14  and DOES 1-10,                    )
                                      )
15              Defendants.           )
                                      )
16  _____   )

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1        Defendants JASBIR MUSAFAR dba TRIANGLE TRUCK STOP (herein as

2  "Defendant") and Plaintiff SCOTT JOHNSON have herein agreed that the time for Defendant to

3  file his responsive pleading in the above-captioned matter is extended to October 11, 2013.

4        Defendant and his defense counsel have not had sufficient time to adequately review the

5  factual basis of the claims alleged herein.  An extension of time will allow Defendant to fully

6  prepare an appropriate responsive pleading.

7  DATED: September 23, 2013        CREECH, LIEBOW & KRAUS

8

9                        By: _____ /s/  Edward A. Kraus _____

10                                EDWARD A. KRAUS

11                                Attorneys for Defendant,
                                JASBIR MUSAFER dba TRIANGLE

12                                TRUCK STOP and BHAGAT S. TAKHAR

13  DATED: September 23, 2013        CENTER FOR DISABILITY ACCESS

14

15                        By: _____ /s/  Phyl Grace _____

16                                  PHYL GRACE
                                Attorneys for Plaintiff,

17                                  SCOTT JOHNSON

18                              **<u>ORDER</u>**

19        Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED

20  that Defendant JASBIR MUSAFAR's dba TRIANGLE TRUCK STOP deadline to file a

21  responsive pleading shall be extended to October 11, 2013.

22

23  Dated: September 23, 2013

24

25

26                            _____
                            Troy L. Nunley

27                            United States District Judge

28

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; ORDER THEREON